THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
Attorney for Plaintiff
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone: (253) 970-1683
CA Bar No. 310526
Email: Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

**Attorneys for Plaintiffs, SHAYLA FITE and THE FITE BRAND, LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYLA FITE, an individual, and THE FITE BRAND, LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>MICHAEL BEASLEY, JR., an individual;<br><br>　　　　　Defendant. | Case No.: 2:21-cv-3908-FMO (JPRx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>*[Proposed] Order filed concurrently herewith*<br><br>**Date: November 18, 2021**<br>**Time: 10:00 am PST**<br><br>Default Entered: September 9, 2021<br><br>Judge Honorable Fernando M. Olguin<br><br>[**EVIDENTIARY HEARING REQUESTED**] |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON November 18, 2021, at 10:00 am PST, or as soon thereafter as this matter may be heard, Plaintiffs, SHAYLA FITE ("Ms. Fite") and THE FITE BRAND, LLC (the "Company") (collectively, Ms. Fite and the Company shall be collectively referred to as the "PLAINTIFFS"), shall move this Court for an order that request that an entry of judgment by default be

entered against Defendant, MICHAEL BEASLEY, JR. (the "DEFENDANT"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

In support of this Notice and Motion, the Plaintiffs rely upon the record in this case, the declaration(s) submitted herein, and any oral argument and/or evidence submitted at the hearing on this matter, if any. The Plaintiffs show unto the Court the following:

1. On June 28, 2019, the Plaintiff filed a complaint in the Central District of California, Western Division (the "Complaint"), alleging the following claims: 1) Assault; 2) Negligent Infliction of Emotional Distress; 3) Intentional Infliction of Emotional Distress; and 4) Breach of Contract. *See* [DE 1].

2. On August 8, 2021, the Defendant was served via personal service. *See* [DE 14].

3. Counsel for the Plaintiffs are in possession of a video recording of the personal service on the Defendant, and thus personal service is without dispute. *See* Declaration of Andrew Williams, Esq.

4. On September 8, 2021, ten (10) days after the time for the Defendant to answer, respond, or otherwise appear in this action had expired, the Plaintiffs filed a request for entry of default against the Defendant, which was entered by the Clerk of this Court pursuant to Federal Rules of Civil Procedure 55(a) on September 9, 2021. *See* [DE 16].

5. As of the filing of this motion, the Defendant has failed to plead or otherwise defend against this action, and the Plaintiffs are entitled to judgment by default against the Defendants by law. *See* Fed. R. Civ. P. 55(b).

6. Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the Defendant for the relief sought by the Plaintiffs in the Complaint in an amount to be proven at a hearing on this motion.

**7.** Written notice of this action has been given to the Defendants as set forth in the attached

affidavit.

## PRAYER

WHEREFORE, the Plaintiffs pray that this Court enter a judgment of default against the Defendant as follows:

1. For a judgment awarding the Plaintiffs general damages and special damages, including punitive damages, as a result of the Defendant's malicious, and oppressive acts and/or omissions, together with interest and costs, and in no event an amount less than $2,500,000.00;

2. For a judgment awarding the Plaintiffs, and from the Defendant's, the Plaintiffs' expenses, costs, and attorney's fees associated with this action;

3. An order awarding such other and further relief to the Plaintiffs as this Court deems just; and

4. For leave to provide additional documentation and affidavits for this Court's review and consideration in advance of the hearing on this motion.

DATED this 8th day of October 2021.

Respectfully submitted,

**THE WILLIAMS LAW GROUP**

/s Andrew Williams, Esq.
BY: ANDREW WILLIAMS, ESQ.

## **REQUEST FOR HEARING**

Plaintiffs SHAYLA FITE and THE FITE BRAND, LLC, hereby specifically request that this Court permit an evidentiary hearing on this motion so that they may be heard by this Court.

Respectfully submitted,

**THE WILLIAMS LAW GROUP**

/s Andrew Williams, Esq.
BY: ANDREW WILLIAMS, ESQ.

## **CERTIFICATE OF SERVICE**

Plaintiffs SHAYLA FITE and THE FITE BRAND, LLC hereby certify that on this 8th day of October 2021, a true and complete copy of **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**, was served on all appearing parties and counsel of record through the CM/ECF filing system and via certified mail through the United States Postal Service to the Defendant at the following addresses the following day:

> 2811 SW 87th Terrace
> Davie, FL 33328

> Tandem Sports & Entertainment
> 2900 Crystal Drive
> Suite 420
> Arlington, VA 22202

**THE WILLIAMS LAW GROUP**

/s Andrew Williams, Esq.