# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYLA FITE, an individual, and THE FITE BRAND, LLC, a California Limited Liability Company,<br><br>      Plaintiffs,<br>  vs.<br><br>MICHAEL BEASLEY, JR., an individual;<br><br>      Defendant. | Case No. 2:21-cv-3908-FWS-JPR<br><br>**JUDGMENT** |

**WHEREAS**, the Clerk entered default against Defendant, Michael Beasley, Jr. ("Defendant") on September 9, 2021 pursuant to Federal Rule of Civil Procedure 55(a) (Dkt. 16),

**WHEREAS**, this Court **GRANTED** in part and **DENIED** in part Plaintiffs' Shayla Fite and the Fite Brand, LLC's Motion for Default Judgment (the "Motion") on March 7,

1

2023, granting default judgment in favor of certain of Plaintiffs' claims and dismissing others (Dkt. 60),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and against Defendant, in accordance with the record in this matter and applicable law, as set forth in the court's previous order granting in part and denying in part the Motion (Dkt. 60).  Damages are awarded to Plaintiff Shayla Fite in the amount of $14,260.00, and to Plaintiff the Fite Brand, LLC in the amount of $14,173.97, for a total amount of damages against the Defendant in the amount of $28,433.97.

As no Defendants or pending claims remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: March 29, 2023

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE